IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CAROLINA MAYEUX, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-00052 |
| | § | |
| STATE FARM LLOYDS, | § | |
| Defendant | § | |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Carolina Mayeux, and brings this Motion to Voluntarily Dismiss Claims with Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Plaintiff does not desire to further pursue any claims against Defendant State Farm Lloyds in the above entitled and numbered civil action.

Plaintiff Carolina Mayeux hereby respectfully motions this Court to enter an Order dismissing all claims asserted against Defendant, State Farm Lloyds, with prejudice.

Respectfully submitted,

*Carolina Mayeux*
Carolina Mayeux
5313 Thistle Drive
Dickinson, Texas 77539
Telephone: (409) 739-9531
Email: cmayeu@hotmail.com

**PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I submitted the foregoing instrument with the clerk of the Court for the U.S. District Court, Southern District of Texas, Galveston Division, and served a true and correct copy of the foregoing instrument upon all counsel of record on this, the 11th day of January, 2017:

Brian Michael Chandler
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: bmc@ramey-chandler.com

Ron Schramm
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: rps@ramey-chandler.com

_Carolina Mayeux_
Carolina Mayeux