United States District Court
Southern District of Texas
**ENTERED**
January 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CAROLINA MAYEUX, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-52 |
| § | |
| STATE FARM INSURANCE COMPANY, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Pending before the Court is pro se Plaintiff's Motion to Voluntarily Dismiss Claims with Prejudice. Dkt. 71. The Court is of the opinion that Plaintiff's Motion has merit. The motion to dismiss is therefore **GRANTED**.

It is therefore **ORDERED** that all claims brought by Plaintiff against Defendants are hereby **DISMISSED with prejudice**.

All pending motions are hereby **DENIED, as moot**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 13th day of January, 2017.

_____
George C. Hanks Jr.
United States District Judge